# LAW OFFICES OF NOLAN KLEIN, P.A.   ATTORNEYS & COUNSELORS

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

Hector V. Ramirez, Esq.
ramirez@nklegal.com

December 6, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

**VIA ECF**

Honorable Judge Lorna G. Schofield
United States District Court
500 Pearl Street
New York, NY 10007

   Re: *Mercer v. HHLP Ambrose Lessee, LLC*
     *SDNY Case No.: 1:19-cv-09797*

Dear Judge Schofield,

  This law firm represents the Plaintiff, Stacey Mercer, in the above-captioned case. An initial pre-trial conference is scheduled for December 12, 2019 at 10:30 a.m.

  Counsel for Plaintiff will be in trial, in the Southern District of Florida on this date and time in Miami, Florida, Case No.: 0:16-cv-62658 before Judge Beth Bloom, and will be unable to appear for the conference. As such, Plaintiff respectfully requests to adjourn the conference to an alternate date and time. Defendant has no opposition to this request and stated only that he requests for a rescheduled conference not to take place on a Friday afternoon. This is the first request of this kind and the request will not prejudice any parties or affect any other scheduled dates.

  We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**APPLICATION GRANTED**

The initial conference set for December 12, 2019, at 10:30 A.M. is adjourned to January 9, 2020, at 10:30 A.M.

Dated: December 9, 2019
   New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Law Offices of Nolan Klein, P.A.**

By:  */s/ Hector Ramirez*
  HECTOR V. RAMIREZ, ESQ.
  (HR3270)

HVR/amd
cc: Philip K. Davidoff, Esq. and Jeffrey G. Douglas, Esq. (via ECF)