UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2020

STACEY MERCER,                            :
                         Plaintiff,     :
                                    :

        -against-                        :

                                    :
HHLP AMBROSE LESSEE, LLC,                 :
                       Defendant     :
---------------------------------------------------X

19 Civ. 9797 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the initial pretrial conference in this matter is scheduled for January 9, 2020.
Dkt No. 11;

     WHEREAS, no significant issues were raised in the parties' joint letter or proposed case
management plan.  It is hereby

     **ORDERED** that the January 9, 2020, initial pretrial conference is **cancelled**.  The case
management plan and scheduling order will issue in a separate order.  The parties' attention is
particularly directed to the provisions for the conclusion of fact and expert discovery, periodic
status letters, and the need for a pre-motion letter to avoid cancellation of the final conference
and setting of a trial date.

     The parties are reminded that, pursuant to Individual Rule III.C.2, a pre-motion letter is
required prior to filing a motion to dismiss under Rule 12(b).

Dated: January 3, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**