| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------X<br>STACEY MERCER,<br>       Plaintiff,<br>  -against-<br>HHLP AMBROSE LESSEE, LLC,<br>       Defendant<br>------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/12/2020<br><br>19 Civ. 9797 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the case management plan, a joint status letter was due on March 9, 2020. ECF 14 at 13(a);

WHEREAS, the parties have not filed a joint status letter. It is hereby

**ORDERED** that by March 17, 2020, the parties shall file a joint status letter pursuant to the case management plan.

Dated: January 3, 2020
   New York, New York

                 _____
                  LORNA G. SCHOFIELD
                 UNITED STATES DISTRICT JUDGE